## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| SANDY LAMBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **CIVIL ACTION NO. 1:07-CV-516-TFM** |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff's *Motion for Leave to File a Reply Brief* (Doc. #21, entered January 30, 2008). After a review of the Plaintiff's *Brief* and *Motion*, the Court finds it has adequate information to address the issues raised by Plaintiff. Accordingly, upon consideration of the motion, it is

ORDERED that the motion for leave to file a reply brief be and is hereby DENIED.

Done this 6 th day of February, 2008.


/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE