IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SANDY LAMBERT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:07cv516-TFM ) |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) ) ) |
| Defendant. | ) |

# ORDER

Upon consideration of the *Application for Attorney Fees Under the Equal Access to Justice Act* filed by the Plaintiff (Doc. #25, May 16, 2008), and the exhibits thereto, it is hereby

**ORDERED** that the **DEFENDANT file a response by June 2, 2008** to show any cause why the motion should not be granted in whole or in part.

Done this 19th day of May, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE