IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SANDY LAMBERT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) **CIVIL ACTION NO. 1:07cv516-TFM** |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
|     Defendant. | ) |

## **ORDER**

This case is now before the Court on the Plaintiff's *Application for Attorney Fees* pursuant to the Equal Access to Justice Act (Doc. #25, filed May 16, 2008). Judgment in this case was entered in favor of plaintiff upon remand pursuant to sentence four of 42 U.S.C. § 405(g) (Doc. #24, entered February 22, 2008). *Defendant's Response to Plaintiff's Application*, (Doc. #27, filed June 2, 2008), agrees to the amount of fees ($3,812.50) and requests this Court order the uncontested amount be paid to Plaintiff.

Upon review, the Court determines that the Plaintiff's application for an award of attorney fees and costs under EAJA is timely filed, that Plaintiff has met the requisite prevailing party status entitling him to an award of fees, and that the terms of the award agreed upon by the parties are reasonable.

Accordingly, it is the ORDER, JUDGMENT, and DECREE of this Court that the Plaintiff's application for an award of fees under the Equal Access to Justice Act is

GRANTED in the total amount of $3812.50, and said payment should be issued directly to

Plaintiff Sandy Lambert.

    Done this 2nd day of June, 2008.

                                                       /s/Terry F. Moorer  
                                                       TERRY F. MOORER  
                                                       UNITED STATES MAGISTRATE JUDGE